**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01124-CR

**SHARRI KAYE EVENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-87496-2011**

## ORDER

Appellant's motion to supplement the record is **GRANTED** to the extent we **ORDER** Official Court Reporter Claudia Webb to file, within **FIFTEEN** days of the date of this order, either a supplemental reporter's record of the hearing on the motion for new trial heard on or about September 4, 2012 or else a letter certifying the requested record cannot be filed.

We **EXTEND** the time to file appellant's brief until **THIRTY** days from the date of this order. We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Claudia Webb.

/s/     LANA MYERS
JUSTICE